In the Matter of STANLEY M. FRIEDMAN, a Disbarred Attorney. [693 NYS2d 436] —Petition for reinstatement denied. No opinion. Concur—Rosenberger, J. P., Williams, Tom, Wallach and Buckley, JJ.